JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ANGEL VELARDE,                )   CASE NO. CV 12-4292-JFW (PJW)
                                     )
                Petitioner,          )
                                     )
        v.                           )   J U D G M E N T
                                     )
LEE BACA, LOS ANGELES COUNTY         )
SHERIFF, ET AL.,                     )
                                     )
                Respondents.         )
_____)

        The matter having been rendered moot by the release of

Petitioner from custody and his removal from the United States, it is

hereby adjudged that the Petition be DISMISSED.


        DATED:    September 11, 2012.


                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT COURT JUDGE

C:\Temp\notesE1EF34\Order & judgment dismissing.wpd