JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL VELARDE, | CASE NO. CV 12-4292-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| LEE BACA, LOS ANGELES COUNTY SHERIFF, ET AL., | |
| Respondents. | |

The matter having been rendered moot by the release of Petitioner from custody and his removal from the United States, it is hereby adjudged that the Petition be DISMISSED.

DATED: <u>September 11, 2012</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

C:\Temp\notesE1EF34\Order & judgment dismissing.wpd